**Motion Denied, Order Filed May 19, 2015 Withdrawn, Appeal Reinstated, and Order Filed June 2, 2015.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-15-00290-CV

————————

### TU NGUYEN AND CHAU HO-HUYNH, Appellant

### V.

### BANK OF AMERICA, N.A., Appellee

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 14-CV-1137**

## ORDER

On May 19, 2015, this court issued an order granting appellants' motion to abate for findings of fact and conclusions of law. Because appellants are not entitled to findings of fact and conclusions of law, we now **DENY** appellants' motion, withdraw our order of May 19, 2015, and reinstate the appeal.

Appellants' response to our letter of May 15, 2015 requesting they file a corrected notice of appeal is due on or before **June 16, 2015**.